**EX PARTE Leon JACKSON**

CR-13-1908

Court of Criminal Appeals of Alabama.

02/02/2015

Habeas corpus pet. dismissed

**EX PARTE Climpson MARTIN**

CR-13-1914

Court of Criminal Appeals of Alabama.

02/04/2015

Reh. denied

**Jimmy EUTSEY**

v.

**STATE**

CR-13-1915

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/27/2015

Affirmed

**Ex parte State**

**(In re STATE**

**v.**

**Diatre WATSON)**

CR-13-1916

Court of Criminal Appeals of Alabama.

01/29/2015

Mand. pet. granted

**Rodrickes Tamez COBB**

v.

**STATE**

CR-13-1919

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed